MICHAEL B. HORROW (SBN 162917)
SCOTT E. CALVERT (SBN 210787)
DONAHUE & HORROW, LLP
1960 E. Grand Avenue, Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: scalvert@donahuehorrow.com

Attorneys for Plaintiff KIM CADDICK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM CADDICK,<br><br>                Plaintiff,<br><br>        vs.<br><br>STANDARD INSURANCE COMPANY,<br>and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.: 5:23−cv−00075−JGB (KKx)<br><br>**NOTICE OF SETTLEMENT** |

       PLEASE TAKE NOTICE that the parties reached an agreement to resolve this action in its entirety. Documents are being prepared to finalize the resolution of this matter, and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorneys' fees and costs, within 45 days.

DATED: May 31, 2023                    DONAHUE & HORROW, LLP


                                        */s/ Michael B. Horrow*

                                        MICHAEL B. HORROW
                                        SCOTT E. CALVERT
                                        *Attorneys for Plaintiff KIM CADDICK*

**DONAHUE & HORROW, LLP**