UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM CADDICK<br><br>    Plaintiff,<br><br>    vs.<br><br>STANDARD INSURANCE COMPANY, and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 5:23-cv-00075-JGB-(KKx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation, this action is hereby dismissed with prejudice.

Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: July 26, 2023

_____
Jesus G. Bernal
United States District Judge

-1-
ORDER DISMISSING ACTION WITH PREJUDICE